UNITED STATES:

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | * | Criminal No. CR-08-187-EGS |
| --- | --- | --- |
| | * | |
| | * | Count One: 18 U.S.C. § 371 |
| v. | * | (Conspiracy) |
| | * | |
| JAMES MOMON, JR. | * | Count Two: 18 U.S.C. § 201 |
| | * | (Bribery) |
| Defendant. | * | |
| | * | Count Three: 18 U.S.C. § 201 |
| _____ | * | (Bribery) |

## PRAECIPE

THE CLERK OF THE COURT will please enter my appearance on behalf of the accused in the above noted matter.

Respectfully Submitted,

_____/s/_____
John A. Boneta
USDC, DC Bar No.444763
Counsel for Defendant
Boneta & Associates
258 N. Washington Street
Falls Church, Virginia 22046
Telephone:    703-536-6166
Facsimile:     703-536-3296
jboneta@jboneta.com

## CERTIFICATE OF SERVICE

I hereby certify, that on the 7th day of August, 2008, that I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mark Pletcher           mark.pletcher@usdoj.gov
Emily W. Allen          emily.allen@usdoj.gov
Peter Claude Sprung  peter.sprung@usdoj.gov
AnnaLou Tirol           annalou.tirol2@usdoj.gov
Finnuala M. Kelleher  finnuala.Kelleher@usdoj.gov

_____/s/_____
John A. Boneta