UNITED STATES:

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Criminal No.  CR-08-187-EGS |
| | * | |
| | * | Count One:   18 U.S.C. § 371 |
| v. | * | (Conspiracy) |
| | * | |
| JAMES MOMON, JR. | * | Count Two:   18 U.S.C. § 201 |
| | * | (Bribery) |
| Defendant. | * | |
| | * | Count Three:  18 U.S.C. § 201 |
| _____ | * | (Bribery) |

**MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW, John A. Boneta, a member of the Bar of this Court, pursuant to Local Rule LVrC 83.2(d), and moves this Honorable Court to grant admission, *Pro Hac Vice*, to Jesse Burkhardt Beale, in the above styled matter, and in support thereof, stipulates that I have known Jesse Burkhardt Beale for fourteen years, and know him to be of good moral character, possessing the requisite skills to practice law before this Court, and presents the attached Declaration for the Court's review.

Respectfully Submitted,

_____/s/_____
John A. Boneta
USDC, DC Bar No.444763
Counsel for Defendant
Boneta & Associates
258 N. Washington Street
Falls Church, Virginia 22046
Telephone:    703-536-6166
Facsimile:    703-536-3296
jboneta@jboneta.com

**CERTIFICATE OF SERVICE**

    I hereby certify, that on the 7th day of August, 2008, that I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Mark Pletcher | mark.pletcher@usdoj.gov |
| Emily W. Allen | emily.allen@usdoj.gov |
| Peter Claude Sprung | peter.sprung@usdoj.gov |
| AnnaLou Tirol | annalou.tirol2@usdoj.gov |
| Finnuala M. Kelleher | finnuala.Kelleher@usdoj.gov |

                                                        _____/s/_____
                                                           John A. Boneta

UNITED STATES:

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Criminal No.  CR-08-187-EGS |
| | * | |
| | * | Count One:   18 U.S.C. § 371 |
| v. | * | (Conspiracy) |
| | * | |
| JAMES MOMON, JR. | * | Count Two:   18 U.S.C. § 201 |
| | * | (Bribery) |
| Defendant. | * | |
| | * | Count Three: 18 U.S.C. § 201 |
| | * | (Bribery) |

**DECLARATION**

COMES NOW, Jesse Burkhardt Beale, and declares to this Honorable Court the following, to-wit:

1. The full name of counsel is Jesse Burkhardt Beale

2. The mailing address and telephone number for counsel is 4391 Ridgewood Center Drive, Suite H, Woodbridge, Virginia 22192, 703-690-1222.

3. That counsel is admitted to the Bar of the Supreme Court of Virginia, the Bars of the Eastern and Western Districts of Virginia for the United States District Court, and the Bar of the Court of Appeals for the Fourth Circuit.

4. That I am in good standing and have never had my bar license (VSB # 19728) suspended or revoked by the Virginia State Bar, nor any State or Federal Court which I practice in.

5. That I have received the following reprimands during the course of my legal career, to-wit:

    a. A private reprimand in the early 1980s for failure to timely handle a matter that had been entrusted to me.

    b. A public reprimand in the mid 1980s for failing to have a Personal

Injury client sign a disbursement sheet prior to disbursing funds. The client had given me oral permission to transfer funds to another attorney for payment of another fee; however, I did not secure the client's written signature.

c. A public reprimand for a conviction for failure to file an individual tax return. The tax return year was 1986, and the reprimand was issued in the 1990s.

6. That counsel has not been admitted *pro hac vice* to the United States District Court, District of Columbia in the last two years.

7. That counsel does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

Respectfully Submitted,

/s/ J. Burkhardt Beale
_____
J. Burkhardt Beale, Esq.
Virginia Bar No. 19728
Boone Beale
4391 Ridgewood Center Drive, H
Woodbridge, Virginia 22192
Telephone:   (703) 690-1222
Facsimile:   (703) 680-0559
jbbeale@boonebeale.com

## CERTIFICATE OF SERVICE

I hereby certify, that on the 7th day of August, 2008, that I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mark Pletcher           mark.pletcher@usdoj.gov
Emily W. Allen          emily.allen@usdoj.gov
Peter Claude Sprung     peter.sprung@usdoj.gov
AnnaLou Tirol           annalou.tirol2@usdoj.gov
Finnuala M. Kelleher    finnuala.Kelleher@usdoj.gov

/s/
_____
John A. Boneta