AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court
## for the DISTRICT OF Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **FILED** | WAIVER OF INDICTMENT |
| V. | | |
| James Monon, Jr. | AUG 1 3 2008 | |
| | NANCY MAYER WHITTINGTON, CLERK | |
| | U.S. DISTRICT COURT | CASE NUMBER: 08-187 |

I, __James Monon, Jr.__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __August 13, 2008__ prosecution by indictment and consent that the
                                                                Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant
VSB 19728                     #444763

Before _____
            Judicial Officer