U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**

AUG 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :

v.  :

James Momon, Jr.  :   Case No. 08-CR-187

:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _thirteenth_ day of _August, 2008_ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _Aug. 13, 2008_ by _S.A. Victor Sanguanboon, DCIS_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office ~~and to~~ _(n/a)_ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_[signature]_
Judge/U.S. Magistrate

_Court_
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80