UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     v.                      )<br>                           )     CR. No. 2008-0187 (EGS)(AK)<br> JAMES MOMON, JR.,         )<br>          Defendant.      )<br>                           ) | |

REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Emmet G. Sullivan for the acceptance of a plea to all counts of a three-count Criminal Information, alleging a violation of 18 U.S.C. §§201 and 371, charging the Defendant with two counts of Bribery and one count of Conspiracy.

Hearing on Plea

The Defendant, James Momon, Jr., came before the Court on August 13, 2008, represented by counsel, Jesse Burkhardt Beale. The Government was represented by Assistant United States Attorney Emily Allen. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Momon under oath and ascertained that he was competent to enter a plea to the three-count Criminal Information, and the Court then proceeded to explain the nature of the charges to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant of the maximum possible penalty provided by law and ascertaining his awareness of the Sentencing Guidelines and the fact that such Guidelines are no longer mandatory, but should

be considered by the sentencing court. The Defendant acknowledged that he wished to waive his right to a jury trial before a United States District Court Judge and that by entering a plea of guilty, which, if accepted by the District Court, would waive his right to appeal a judgment of guilt. The Defendant indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between himself, his counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to him in order to secure his plea of guilty in this case. Defendant acknowledged that he engaged in conspiracy and bribery.

The Court found, after advising the Defendant of his rights, Mr. Momon's plea of guilty to the three-count Criminal Information was voluntarily and knowingly made and that his admissions of guilt encompassed each of the elements of the offenses charged in the three counts of the Criminal Information.

## Recommendation

The undersigned recommends that the trial court accept Mr. Momon's plea of guilty based upon this Court's finding that such plea was knowingly and voluntarily made by Mr. Momon, who was found to be competent and that he fully understood the nature and the consequences of entering such a plea. Following the entry of the guilty plea, the Court directed that the Defendant be placed on a personal recognizance bond. Defendant was referred to the Probation Office for a Pre-Sentence Investigation Report. A status date is set for November 19, 2008, at 11:00 a.m., before the Honorable Emmet G. Sullivan.

August 28, 2008                                         _____/s/_____
                                                        ALAN KAY
                                                        UNITED STATES MAGISTRATE JUDGE